sel as to whether or not Exhibit 1 is correctly printed with the alterations complained of. We express no opinion on that question, and leave it to the trial justice to determine.

HEFFRON, Appellant, v. LACKAWANNA STEEL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 9, 1907.) Action by Charles F. Heffron against the Lackawanna Steel Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

HEIDELBERG, Appellant, v. MONROE BANK, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Herman Heidelberg against the Monroe Bank. P. M. Herzog, for appellant. W. M. Seabury, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HEISE, Respondent, v. SELECTED SECURITIES CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Anna T. H. Heise against the Selected Securities Company. L. Wertheimer, for appellant. F. M. Wells, for respondent. No opinion. Order (105 N. Y. Supp. 1079) affirmed, with $10 costs and disbursements. Order filed.

HELD v. FRANKLIN BREWING CO. (Supreme Court, Appellate Division, First Department. November 15, 1907.) Action by Herman J. Held against the Franklin Brewing Company. No opinion. Motion denied, on payment of $10, and on condition that appellant be ready for January term. Order filed.

HELLEN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 23, 1907.) Action by George Hellen against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HENDERSON, Appellant, v. METROPOLITAN LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) Action by John Henderson against the Metropolitan Life Insurance Company. No opinion. Judgment affirmed, with costs.

HENRY, Respondent, v. JONES, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 9, 1907.) Action by Julia Henry against Griffith M. Jones. PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon the ground that the verdict is contrary to evidence. McLENNAN, P. J., dissents.

HENRY HUBER CO., Appellant, v. RIKER BASIN SYSTEM, Respondent. (Supreme Court, Appellate Division, First Department. November 22, 1907.) Action by the Henry Huber Company against the Riker Basin System. C. G. Smith, for appellant. D. McLean, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HEVENOR, Appellant, v. JUDGE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 9, 1907.) Action by Harvey H. Hevenor against the Judge Company. PER CURIAM. Order appealed from modified, so as to provide: "So much of defendant's motion as asks that the preliminary words of the statement of facts constituting each of the alleged causes of action set forth in the complaint, other than the first, be stricken out, is granted, with leave to the plaintiff within 10 days to serve an amended complaint omitting said words, and inserting in place thereof the following: 'Repeats all the allegations contained in the first five subdivisions of the first alleged cause of action'—or make such other amendment as plaintiff may be advised. In all other respects defendant's motion is denied." As so modified, the order appealed from is affirmed, without costs to either party.

HEWETT, Respondent, v. CENTURY HISTORY CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Waterman T. Hewett against the Century History Company. C. F. Moody, for appellant. J. E. Freeman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HEWITT, Respondent, v. BAUMAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Charles W. Hewitt against Simon Bauman. PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the plaintiff cannot maintain an action on a contract which he was prohibited by law from making.

HIGGINS, Appellant, v. POWELL et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 15, 1907.) Action by John Higgins against Sarah C. Powell and others. PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appellant perfect the appeal within 20 days and pay the respondents $10 costs. On compliance, the motion to dismiss the appeal is denied, without costs, and the case placed at the foot of the present calendar.

HILL et al., Respondents, v. REYNOLDS et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 27, 1907.) Action by George G. Hill and another against George G. Reynolds and others. No opinion. Motion granted.

HOFACKER, Respondent, v. HOFACKER, Appellant. (Supreme Court, Appellate Division,